AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____Delaware_____

DELSIE E. BROOKENS, PLTF

V.

GENERAL MOTORS CORPORATION,

A Delaware Corporation

SUMMONS IN A CIVIL CASE

CASE NUMBER: C.A. 07-387

TO: (Name and address of Defendant)

GENERAL MOTORS CORPORATION
P. O. Box 300MC: 482C26-A68
300 RENAISSANCE CENTER
DETROIT, MI 48265-3000

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOHN M. STULL, ESQ.

1300 N. MARKET STREET, STE 700
WILMINGTON, DE 19801

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                              AUG 0 6 2007
CLERK                                         DATE

_Evette Watson_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  August 13, 2007 |
| NAME OF SERVER (PRINT)  JOHN M. STULL | TITLE  Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): /certified Mail to Defendant Return of servivce attahhed

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL  15.00 | SERVICES  15.00 | TOTAL  30.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on August 20, 2007
          Date

Signature of Server  
JOHN M. STULL  
1300 N. Market Street, STE 700  
Address of Server  WILMINGTON, DE 19801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## Receipt 1 (top left)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE
DETROIT MI 48265-3000

| | | |
|---|---|---|
| Postage | $ | $1.14 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.94 |

Postmark Here — USPS 19807 — WILMINGTON DE AUG 07 2007 — 08/07/2007

Sent To: Gen Motors, Plan Admin
Street, Apt. No.; or PO Box No.: GM Empl Ben. Plan — PO Box 300 MC:482-C26-
City, State, ZIP+4: DETROIT MI 48265-3000  A68

Article Number: 7006 3450 0001 6239 7098

PS Form 3800, August 2006      See Reverse for Instructions

## Receipt 2 (top right)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE
DETROIT MI 48265-3000

| | | |
|---|---|---|
| Postage | $ | $1.14 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.94 |

Postmark Here — USPS 19807 — WILMINGTON DE AUG 07 2007 — 08/07/2007

Sent To: GM Hourly Rate Empl Pension Plan
Street, Apt. No.; or PO Box No.: PO B 300 MC:482-C26-068
City, State, ZIP+4: Detroit MI 48265-3000

Article Number: 7006 3450 0001 6239 7111

PS Form 3800, August 2006      See Reverse for Instructions

## Receipt 3 (middle right)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE
DETROIT MI 48265

| | | |
|---|---|---|
| Postage | $ | $1.14 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.94 |

Postmark Here — USPS 19807 — WILMINGTON DE AUG 07 2007 — 08/07/2007

Sent To: General Motors Corporation
Street, Apt. No.; or PO Box No.: Box 300 MC: 482-C26-A68
City, State, ZIP+4: Detroit MI 48265-3000

Article Number: 7006 3450 0001 6239 7104

PS Form 3800, August 2006      See Reverse for Instructions

## Return Receipt (PS Form 3811)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

General Motors Corp'n
P.O. Box 300 MC:482-C26-A68
300 Renaissance Center
Detroit MI 48265-3000

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature  X [signature]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery: AUG 13 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label):  7006 3450 0001 6239 7104

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540