AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Delaware _____

DELSIE . E. BROOKENS,

**SUMMONS IN A CIVIL CASE**

V.

GENERAL MOTORS, PLAN ADMINISTRATOR,
GM-HOURLY-RATE EMPLOYEES PENSION PLAN,  CASE NUMBER: C.A. 07-387
P. O. BOX 300 MC: 482-C26-A68
300 Renaissance Center
Detroit, MI 48265-3000

TO: (Name and address of Defendant)

Plan Administrator, GM Hourly-Rate
Employees Pension Plan
GM Corporation
P. O. Box 300 MC: 482-C26-A68
300 Renaissance Center, Detroit, MI 48265-3000

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOHN M. STULL, ESQ.
1300 N. MARKET ST., STE 700
WILMINGTON, DE 19801

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                         AUG 0 6 2007
_____                   _____
CLERK                                                DATE

_Evette Wata_ (signature)
(By) DEPUTY CLERK

∾AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE August 13, 2007 |
| NAME OF SERVER (PRINT) JOHN M. STULL | TITLE ATTORNEY |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  CERTIFIED MAIL RETURN OF SERVICE REQUESTED
                    Accepted by Agent
                    ~~Return of receipt card attached(copy)~~

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL  15.00 | SERVICES  15.00 | TOTAL  30.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  August 20, 2007      *[signature]*
            Date                   Signature of Server

JOHN M. STULL, ESQ.
1300 N. Market Street, STE 700
Wilmington, DE 19801
            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1.14 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.94 |

Postmark Here — WILMINGTON DE AUG 07 2007 — 08/07/2007

Sent To: Gen Motors, Plan Admin
Street, Apt. No.; or PO Box No.: GM Empl Ben Plan — PO Box 300 MC:482-C26-
City, State, ZIP+4: Detroit MI 48265-3000

7006 3450 0001 6239 7098
PS Form 3800, August 2006    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1.14 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.94 |

Postmark Here — WILMINGTON DE AUG 07 2007 — 08/07/2007

Sent To: GM Hourly Rate Empl Pension Plan
Street, Apt. No.; or PO Box No.: P O B 300 MC: 482-C26-A68
City, State, ZIP+4: Detroit, MI 48265-3000

7006 3450 0001 6239 7111
PS Form 3800, August 2006    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1.14 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.94 |

Postmark Here — WILMINGTON DE AUG 07 2007 — 08/07/2007

Sent To: General Motors Corporation
Street, Apt. No.; or PO Box No.: Box 300 MC: 482 C26-A68
City, State, ZIP+4: Detroit, MI 48265-3000

7006 3450 0001 6239 7104
PS Form 3800, August 2006    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

General Motors Plan Admin
GM Hourly Rate Empl ozeeq Pen Plan
P.O. Box 300. MC: 482-C26-A68
300 Renaissance Center
Detroit, MI 48265-3000

2. Article Number (Transfer from service label): 7006 3450 0001 6239 7098

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]    ☐ Agent    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery: AUG 13 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540