AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware

DELSIE E. BROOKENS,
    PLTF
        V.

GM HOURLY-RATE EMPLOYEES PENSION PLAN
  AN EMPLOYEE PENSION PLAN
P. O. BOX. 300 MC: 482-C26-A68
300 Ren. Cen. Detroit MI 48265-3000

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  C.A. 07-387

TO: (Name and address of Defendant)

GM Hourly-Rate Employees Pension Plan
General Motors Corporation
P. O. Box 300 MC: 482-C26-A68
300 Renaissance Center
Detroit, MI 48265-3000

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOHN M. STULL, ESQ.
1300 N. MARKET STREET, STE 700
WILMINGTON, DE 19801

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

AUG 0 6 2007

CLERK

_(signature)_

(By) DEPUTY CLERK

DATE

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE August 13, 2007 |
| NAME OF SERVER (PRINT) JOHN M. STULL | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  Certified Mail/ Return of Service
                    Accepted by Agent
                    Receipt and Return of Service card (copy)
                    attached

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL 15.00 | SERVICES 15.00 | TOTAL 30.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   August 20, 2007         *(signature)*
              Date              Signature of Server
                                JOHN M. STULL
                                1300 N. MARKET STREET, STE 700
                                Wilmington, DE 19801
                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service CERTIFIED MAIL RECEIPT** (Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

DETROIT MI 48265-3000 OFFICIAL USE

| | |
|---|---|
| Postage | $1.14 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.94 |

Postmark: WILMINGTON DE, AUG 07 2007, USPS 19807, 08/07/2007

Sent To: GM Motors, Plan Admin
Street, Apt. No.; or PO Box No.: GM Empl Ben Plan – PO Box 300 MC:482-C26-A68
City, State, ZIP+4: Detroit MI 48265-3000

Article Number: 7006 3450 0001 6239 7098

PS Form 3800, August 2006

---

**U.S. Postal Service CERTIFIED MAIL RECEIPT**

DETROIT MI 48265-3000 OFFICIAL USE

| | |
|---|---|
| Postage | $1.14 |
| Certified Fee | $2.65 |
| Return Receipt Fee | $2.15 |
| Restricted Delivery Fee | $0.00 |
| Total Postage & Fees | $5.94 |

Postmark: WILMINGTON DE, AUG 07 2007, 08/07/2007

Sent To: GM Hourly Rate Empl Pension Plan
Street: PO B 300 MC:482-C26-A68
City: Detroit, MI 48265-3000

Article Number: 7006 3450 0001 6239 7111

PS Form 3800, August 2006

---

**U.S. Postal Service CERTIFIED MAIL RECEIPT**

DETROIT MI 48265 OFFICIAL USE

| | |
|---|---|
| Postage | $1.14 |
| Certified Fee | $2.65 |
| Return Receipt Fee | $2.15 |
| Restricted Delivery Fee | $0.00 |
| Total Postage & Fees | $5.94 |

Postmark: WILMINGTON DE, AUG 07 2007, 08/07/2007

Sent To: General Motors Corporation
Street: Box 300 MC:482 C26-A68
City: Detroit, MI 48265-3000

Article Number: 7006 3450 0001 6239 7104

PS Form 3800, August 2006

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

GM Hourly-Rate Employees Pen Plan
General Motors Corporation
P.O. Box 300 MC:482-C26-A68
300 Renaissance Center
Detroit, MI 48265-3000

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery: AUG 13 2007
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer): 7006 3450 0001 6239 7111

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540