UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| DELSIE E. BROOKENS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS CORPORATION, a Delaware corporation, GENERAL MOTORS CORPORATION, Plan Administrator, and GM HOURLY-RATE EMPLOYEES PENSION PLAN, an employee pension benefit plan,<br><br>　　　　Defendants. | )<br>)<br>) Case No. 07-387 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of David M. Davis, Esquire of Hardy, Lewis & Page, P.C. to represent defendants General Motors Corporation, General Motors Corporation, Plan Administrator, and GM Hourly-Rate Employees Pension Plan, an employee pension benefit plan, in this matter.

October 22, 2007

　　　　　　　　　　　　　　ECKERT SEAMANS CHERIN & MELLOTT, LLC

　　　　　　　　　　　　　　*/s/ Margaret F. England*
　　　　　　　　　　　　　　　Michael G. Busenkell (No. 3933)
　　　　　　　　　　　　　　　Margaret F. England (Bar No.: 4248)
　　　　　　　　　　　　　　　300 Delaware Avenue, Suite 1210
　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　(302) 425-0430 (telephone)
　　　　　　　　　　　　　　　(302) 425-0432 (facsimile)

**ORDER GRANTING MOTION**

    IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.


Date: _____


                       _____
                       United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Michigan and Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this Motion.

David M. Davis
Hardy, Lewis & Page, P.C.
401 South Old Woodward Avenue
Suite 400
Birmingham, Michigan 48009

*U0009840*