UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| DELSIE E. BROOKENS, ) | |
| ) | |
| Plaintiff, ) | Case No. 07-387 (JJF) |
| ) | |
| vs. ) | |
| ) | |
| GENERAL MOTORS CORPORATION, a ) | |
| Delaware corporation, GENERAL ) | |
| MOTORS CORPORATION, Plan ) | |
| Administrator, and GM HOURLY-RATE ) | |
| EMPLOYEES PENSION PLAN, an ) | |
| employee pension benefit plan, ) | |
| ) | |
| Defendants. ) | |

## RULE 16 SCHEDULING ORDER

The parties having satisfied their obligations under Fed. R. Civ. P. 26(f),

IT IS SO ORDERED that:

1. **Submission of Administrative Record.** The parties shall file the administrative record on or before January 31, 2008.

2. **Joinder of other parties.** All motions to join other parties shall be filed on or before January 15, 2008.

3. **Identification of Procedural Defect.**

   Parties shall identify any underlying procedural defect by January 15, 2008.

4. **Amendment of the Pleadings.** All motions to amend the pleadings shall be filed on or before January 15, 2008.

5. **Case Dispositive Motions.** Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before March 31, 2008. Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court.

U0011119

6. **Applications by Motion.**

(a) Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995). Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1. Briefs shall be limited to no more than ten (10) pages. Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing. The Court will not consider applications and requests submitted by letter or in a form other than a motion.

(b) No facsimile transmissions will be accepted.

(c) No telephone calls shall be made to Chambers.

(d) Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@ded.uscourts.gov. The e-mail shall provide a short statement describing the emergency.

7. **Pretrial Conference and Trial.** After reviewing the parties' Proposed Scheduling Order, the Court will schedule a Pretrial Conference.

The Court will determine whether the trial date should be scheduled when the Scheduling Order is entered or at the Pretrial Conference. If scheduling of the trial date is deferred until the Pretrial Conference, the parties and counsel shall anticipate and prepare for a trial to be held within sixty (60) to ninety (90) days of the Pretrial Conference.

_____  _____
DATE                     UNITED STATES DISTRICT JUDGE

U0011119