**ECKERT SEAMANS**

Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

TEL 302 425 0430
FAX 302 425 0432
www.eckertseamans.com

Margaret F. England
(302) 425-0430
mengland@eckertseamans.com

January 9, 2008

**Via Hand Delivery and Electronic Filing**

The Honorable Joseph J. Farnan, Jr.
United States District Court
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

    Re:  Delsie E. Brookens v. General Motors Corporation, et al.
        United States District Court, District of Delaware
        Case No. 07-387 (JJF)

Dear Judge Farnan:

  Enclosed please find the proposed Pretrial Scheduling Order for the above-referenced matter. We have been in contact with plaintiff's counsel and they agree to this proposed schedule.

  If you have any questions, or wish to discuss this matter further, feel free to contact me.

                Respectfully,

                Margaret F. England

Enclosure

cc: David M. Davis, Esq. (via facsimile)
   John Stull, Esq. (via First Class Mail)