UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| DELSIE E. BROOKENS, | ) |
| | ) |
| Plaintiff, | ) Case No. 07-387 (JJF) |
| | ) |
| vs. | ) |
| | ) |
| GENERAL MOTORS CORPORATION, a | ) |
| Delaware corporation, GENERAL | ) |
| MOTORS CORPORATION, Plan | ) |
| Administrator, and GM HOURLY-RATE | ) |
| EMPLOYEES PENSION PLAN, an | ) |
| employee pension benefit plan, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ORDER

COMES NOW Plaintiff Delsie E. Brookens and Defendants GM Hourly-Rate Employees Benefit Plan, General Motors Corporation and General Motors Corporation, Inc. (collectively "General Motors"), by and through their undersigned counsel, and stipulate to filing the Administrative Record under seal. In support thereof, the parties state the following:

1. This matter involves a claim for pension benefits brought under ERISA. The Administrative Record contains various pieces of information about the employee which are confidential, including but not limited to Social Security Number, Date of Birth and Telephone Numbers.

2. The Court may order that documents may be filed under seal where there is the possibility of confidential information being disseminated into the public domain. Allowing the documents to be filed under seal will protect privacy and security concerns of the documents which are filed electronically. *See* FRCP 5.2.

WHEREFORE the undersigned parties hereby request that this Court enter an Order allowing Defendants GM Hourly-Rate Employees Benefit Plan, General Motors Corporation and General Motors Corporation, Inc. to file the Administrative Record Under Seal.

| JOHN M. STULL<br>Attorney-at-Law<br><br>*/s/ John M. Stull*<br><br>John Stull, Esquire<br>3 Mill Road<br>Box 1947<br>Wilmington, DE 19899<br>Attorney for Plaintiff, Delsie E. Brookens | ECKERT SEAMANS CHERIN & MELLOTT, LLC<br><br>*/s/ Margaret F. England*<br><br>Margaret F. England (Bar No.: 4248)<br>300 Delaware Avenue, Suite 1210<br>Wilmington, DE 19801<br>(302) 425-0430<br>(302) 425-0432 (fax)<br>E-mail: mengland@eckertseamans.com<br>Attorney for Defendants, General Motors Corporation, et al. |
|---|---|

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| DELSIE E. BROOKENS,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS CORPORATION, a Delaware Corporation, GENERAL MOTORS CORPORATION, Plan Administrator, and GM HOURLY-RATE EMPLOYEES PENSION PLAN, an employee pension benefit plan,<br><br>Defendants. | )<br>)<br>) Case No. 07-387 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of the stipulation entered into by all parties, IT IS HEREBY ORDERED that Defendants GM Hourly-Rate Employees Benefit Plan, General Motors Corporation and General Motors Corporation, Inc. may file the Administrative Record Under Seal.

**IT IS SO ORDERED** this _____ day of January, 2008.

_____
THE HONORABLE JOSEPH J. FARNAN, JR.

U0011533