# ORIGINAL

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELSIE E. BROOKENS, ) | |
| ) | |
| ) | Civil Action No. 07-387 (JJF) |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| GENERAL MOTORS CORPORATION, a ) | |
| Delaware Corporation, GENERAL ) | |
| MOTORS CORPORATION, Plan ) | |
| Administrator, and GM HOURLY-RATE ) | |
| EMPLOYEES PENSION PLAN, an ) | |
| employee pension benefit plan, ) | |
| ) | |
| Defendants. ) | |

## ADMINISTRATIVE RECORD

### CONFIDENTIAL – FILED UNDER SEAL
### SUBJECT TO A PROTECTIVE ORDER

ECKERT SEAMANS CHERIN & MELLOTT, LLC

/s/Margaret F. England  __
Margaret F. England (DE Bar No.: 4248)
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
(302) 425-0430
(302) 425-0432 (fax)

Attorney for Defendants, General Motors
Corporation, et al.

Date: January 31, 2008

# ORIGINAL

U0011549



Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

TEL 302 425 0430
FAX 302 425 0432
www.eckertseamans.com

Margaret F. England
(302) 425-0430
mengland@eckertseamans.com

January 31, 2008

Clerk of the Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

    Re:    ***Delsie E. Brookens, v. General Motors Corporation., et al.***
             C.A. No.: 07-387 (JJF)

Dear Clerk of the Court:

    Please find enclosed an original and a copy of the Administrative Record to be filed Under Seal.

                Respectfully,

                /s/ Margaret F. England

                Margaret F. England

MFE/dac

Enclosures

cc: John Stull, Esquire (via hand delivery)

WILMINGTON, DE    PITTSBURGH, PA    HARRISBURG, PA    PHILADELPHIA, PA    BOSTON, MA    WASHINGTON, DC
MORGANTOWN, WV    SOUTHPOINTE, PA    WHITE PLAINS, NY

U0011553

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELSIE E. BROOKENS, | ) |
| | ) |
| | ) Civil Action No. 07-387 (JJF) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| GENERAL MOTORS CORPORATION, a | ) |
| Delaware Corporation, GENERAL | ) |
| MOTORS CORPORATION, Plan | ) |
| Administrator, and GM HOURLY-RATE | ) |
| EMPLOYEES PENSION PLAN, an | ) |
| employee pension benefit plan, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I, Margaret F. England, Esquire, hereby certify that on January 31, 2008, a true and correct copy of the **Administrative Record** was served via Hand Delivery upon:

John Stull, Esquire
3 Mill Road
P.O. Box 1947
Wilmington, DE 19899


Dated: January 31, 2008

                                                      ECKERT SEAMANS CHERIN & MELLOTT, LLC

                                                      /s/Margaret F. England
                                                      Margaret F. England, Esquire (No. 4248)
                                                      300 Delaware Avenue, Suite 1210
                                                      Wilmington, Delaware 19801
                                                      (302) 425-0430