UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| DELSIE E. BROOKENS, | ) |
| | ) |
| | ) Case No. 07-387 (JJF) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| GENERAL MOTORS CORPORATION, a | ) |
| Delaware Corporation, GENERAL | ) |
| MOTORS CORPORATION, Plan | ) |
| Administrator, and GM HOURLY-RATE | ) |
| EMPLOYEES PENSION PLAN, an | ) |
| employee pension benefit plan, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the stipulation entered into by all parties, IT IS HEREBY ORDERED that Defendants GM Hourly-Rate Employees Benefit Plan, General Motors Corporation and General Motors Corporation, Inc. may file the Administrative Record Under Seal.

**IT IS SO ORDERED** this ___31___ day of January, 2008.

_____
THE HONORABLE JOSEPH J. FARNAN, JR.

U0011533