IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DELSIE E. BROOKENS,** | ) |
| | ) |
|     **PLAINTIFF,** | ) |
| | ) C.A. No. 07-387(JJF) |
|     v. | ) |
| | ) |
| **GENERAL MOTORS CORPORATION, a Delaware** | ) |
| **Corporation, GENERAL MOTORS CORPORATION,** | ) |
| **Plan Administrator, and GM HOURLY-RATE** | ) |
| **EMPLOYEES PENSION PLAN, an employee pension** | ) |
| **benefit plan,** | ) |
|     **DEFENDANTS.** | ) |

## MOTION TO REQUEST EXTENTION OF TIME FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT

COMES NOW, Plaintiff Delsie E. Brookens, through counsel, and Moves this Court for a 30-day Extension of Time in which Plaintiff is to file Motion for Summary Judgment in the above action beyond the Court Order date of March 31, 2008.  In support of this Request, Plaintiff states that her Counsel has been unable to contact his client as to needs of further information in support of said motion, and, in addition, has had further time constraints due to other court requirements, thereby restricting his availability to formulate an adequate analysis of the Affirmative Defenses of Defendants' Answer, thereby necessitating this Motion.  Counsel have discussed same and have agreed as to Plaintiff submitting an extension of time request to the Court.

WHEREFORE, Plaintiff therefore requests an extension of time to April 30, 2008, in which to file a Motion for Summary Judgment.

                        /s/ JOHN M. STULL
                        John M. Stull, (Bar #568)
                        Attorney for Plaintiff
                        3 Mill Road, Ste #306A
                        P. O. Box 1947
                        Wilmington, DE 19899

Dated: March 31, 2008

IT IS SO ORDERED THIS          DAY OF April, 2008

                        _____
                        U. S. District JUDGE

## CERTIFICATE OF SERVICE

      I, John M. Stull, counsel for plaintiff herein, do certify that I did on March 31, 2008, submit the within request to the Court for Extension of Time to file a Motion for Summary Judgment via e-mail, and did send a copy of same to counsel for Defendants via U. S. Mail, postage prepaid,

      \s\ JOHN M. STULL
      JOHN M. STULL, ESQUIRE (Bar #568)
      3 Mill Road, Ste #306A
      P. O. Box 1947
      Wilmington, DE  19899
      (302) 654-0399
      Attorney for Delsie E. Brookens

DATED:  March 31, 2008