**ECKERT SEAMANS**

Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

TEL 302 425 0430
FAX 302 425 0432
www.eckertseamans.com

Margaret F. England
(302) 425-0430
mengland@eckertseamans.com

May 6, 2008

**Via Hand Delivery and Electronic Filing**

The Honorable Joseph J. Farnan, Jr.
United States District Court
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

      Re:    Delsie E. Brookens v. General Motors Corporation, et al.
               United States District Court, District of Delaware
               Case No. 07-387 (JJF)

Dear Judge Farnan:

      As you know, this law firm represents General Motors Corporation and a number of other General Motors entities (hereinafter collectively "General Motors") in the above referenced lawsuit. On March 31, 2008, General Motors filed its Opening Brief in Support of its Motion for Summary Judgment. Under local rules, Plaintiff was required to file an answering brief by April 17, 2008. As of this date, Plaintiff has failed to file an answering brief.

      At this time, General Motors would request that this Court enter judgment in its favor or provide additional guidance as to how we should proceed with this lawsuit.

      Thank you for your assistance in this matter. If you have any questions, or need any additional information, feel free to contact me.

                                Respectfully,

                                Margaret F. England

cc:    David M. Davis, Esq. (via electronic mail)
        John Stull, Esq. (via First Class Mail)