IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DELSIE E. BROOKENS,                  :
                                     :
          Plaintiff,                 :
                                     :
     v.                              : Civil Action No. 07-387-JJF
                                     :
GENERAL MOTORS CORP, et al.,         :
                                     :
          Defendants.                :

## ORDER

WHEREAS, Defendants filed a Motion for Summary Judgment
(D.I. 19) and an Opening Brief in Support of its Motion (D.I. 21)
on March 31, 2008;

WHEREAS, Plaintiff has not yet responded to Defendants'
Motion;

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff shall
file an Answering Brief to Defendants' Motion **no later than
Tuesday, May 27, 2008**.  If Plaintiff does not file an Answering
Brief by the date indicated, the Court will decide the Motion on
the papers submitted.

May 12, 2008

_____
UNITED STATES DISTRICT JUDGE