IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DELSIE E. BROOKENS,           :
                              :
          Plaintiff,          :
                              :
     v.                       : Civil Action No. 07-387-JJF
                              :
GENERAL MOTOR CORPORATION,    :
et al.,                       :
                              :
          Defendant.          :

## O R D E R

WHEREAS, on May 27, 2008, Plaintiff filed a Motion To Request Extension Of Time For Plaintiff To File Motion For Summary Judgment(D.I. 24);

WHEREAS, on May 27, 2008, Plaintiff filed a "Motion To Request Extension Of Time For Plaintiff To File Answering Brief In Support Of Motion For Summary Judgment And In Response To Defendants' Briefing In Motion For Summary Judgment" with attached "Plaintiff's Summary Judgment Brief In Support OF and In Response To Defendants' Brief In Support of Defendants' Motion For Summary Judgment (D.I. 25);"

WHEREAS, the motions state that counsel has discussed and agreed to the submissions;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1.   Plaintiff's Motion To Request Extension Of Time For Plaintiff To File Motion For Summary Judgment(D.I. 24)is **GRANTED**.

2.  Plaintiff's Motion To Request Extension Of Time For Plaintiff To File Answering Brief In Support Of Motion For Summary Judgment And In Response To Defendants' Briefing In Motion For Summary Judgment (D.I. 25) is **GRANTED**.

3.  The Clerk of Court shall docket the attachment of D.I. 25 as Plaintiff's Motion For Summary Judgment And Brief In Support and as Plaintiff's Answering Brief in response to Defendants' Motion For Summary Judgment.

4.  Defendants' Answering Brief to Plaintiff's Motion For Summary Judgment shall be filed by **June 16, 2008**.

5.  Defendants' Reply Brief regarding their Motion Ror Summary Judgment (D.I. 19) shall be filed by **June 9, 2008**.

6.  Plaintiff's Reply Brief regarding their Motion For Summary Judgment (D.I. 27) shall be filed by **June 23, 2008**.

 May 30, 2008
        DATE

                        UNITED STATES DISTRICT JUDGE

2