# ECKERT SEAMANS

Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

TEL 302 425 0430
FAX 302 425 0432
www.eckertseamans.com

Margaret F. England
(302) 425-0430
mengland@eckertseamans.com

May 30, 2008

**Via Hand Delivery and Electronic Filing**

The Honorable Joseph J. Farnan, Jr.
United States District Court
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

> Re:    Delsie E. Brookens v. General Motors Corporation, et al.
> United States District Court, District of Delaware
> Case No. 07-387 (JJF)

Dear Judge Farnan:

As you know, this law firm represents General Motors Corporation and a number of other General Motors entities (hereinafter collectively "General Motors") in the above referenced lawsuit. On May 12, 2008, Your Honor entered an Order regarding the Plaintiff's ability to file an answering brief to General Motors' Motion for Summary Judgment, which was timely filed on March 31, 2008.

Under the Order, the Plaintiff had until May 27, 2008 to file an answering brief. On that date, Plaintiff filed a Motion for Extension of Time to file her Motion for Summary Judgment and a Motion for Extension of Time to file an Answering Brief to General Motors' Motion for Summary Judgment. On May 28, 2008, Plaintiff filed a brief in support of and in response to General Motors Motion for Summary Judgment. This brief was not electronically filed and was not received by General Motors until late on May 29, 2008.

General Motors objects to the Plaintiff being able to file the brief after the deadline. Your Honor's Order entered on May 12, 2008 was clear that if the brief was not filed on May 27, 2008 that the Court would rule on the papers. Plaintiff failed to comply with this Order and should not be allowed to make a late submission.


**ECKERT SEAMANS**

The Honorable Joseph J. Farnan, Jr.
United States District Court
December 17, 2007
Page 2


Thank you for your consideration in this matter. If you have any questions, or need any additional information, feel free to contact me.

Respectfully,

Margaret F. England

cc:    David M. Davis, Esq. (via electronic mail)
       John Stull, Esq. (via First Class Mail)