**ECKERT SEAMANS**

Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

TEL 302 425 0430
FAX 302 425 0432
www.eckertseamans.com

Margaret F. England
(302) 425-0430
mengland@eckertseamans.com

June 11, 2008

**Via Hand Delivery and Electronic Filing**

The Honorable Joseph J. Farnan, Jr.
United States District Court
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

      Re:    Delsie E. Brookens v. General Motors Corporation, et al.
               United States District Court, District of Delaware
               Case No. 07-387 (JJF)

Dear Judge Farnan:

      Enclosed please find courtesy copies of Defendants' Reply Brief in Support of its Motion for Summary Judgment and Response to Plaintiff's Motion for Summary Judgment that was electronically filed on Monday, June 9, 2008. As this filing is both a Reply Brief in support of General Motors' Motion for Summary Judgment and a Response to Plaintiff's Motion for Summary Judgment, General Motors will not be filing a separate Response to Plaintiff's Motion for Summary Judgment.

      If you have any questions, please do not hesitate to contact me.

                            Respectfully,

                            Margaret F. England

MFE/dac
Enclosures

cc:    John M. Stull, Esquire (w/o enclosure)
        David M. Davis, Esquire (w/o enclosure)