```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF DELAWARE
```

DELSIE E. BROOKENS,            :
                               :
        Plaintiff,             :
                               :
    v.                         : Civil Action No. 07-387-JJF
                               :
GENERAL MOTORS CORP, et al.,   :
                               :
        Defendants.            :

### ORDER

At Wilmington, this 1 day of July 2008, for the reasons discussed in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Defendants' Motion For Summary Judgment (D.I. 19) is **GRANTED** and Plaintiff's Motion for Summary Judgment (D.I. 27) is **DENIED**.

_____
UNITED STATES DISTRICT JUDGE