IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELSIE E. BROOKENS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-387-JJF |
| GENERAL MOTORS CORP, et al., | : |
| Defendants. | : |

### FINAL JUDGMENT ORDER

For the reasons set forth in the Court's Memorandum Opinion and Order attached hereto;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendants and against Plaintiff on all of Plaintiff's claims.

                                                       /s/ Joseph J. Farnan
                                                       UNITED STATES DISTRICT JUDGE

Dated: July 1, 2008

                                              (By) Deputy Clerk

13