IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DELSIE E. BROOKENS,** | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) C.A. No. 07-387(JJF) |
| v. | ) |
| | ) NOTICE OF APPEAL |
| GENERAL MOTORS CORPORATION, a Delaware | ) |
| Corporation, GENERAL MOTORS CORPORATION, | ) |
| Plan Administrator, and GM HOURLY-RATE | ) |
| EMPLOYEES PENSION PLAN, an employee pension | ) |
| benefit plan, | ) |
| DEFENDANTS. | ) |

**PLAINTIFF'S NOTICE OF APPEAL**

COMES NOW, Plaintiff Delsie E. Brookens, through counsel, hereby enters a Notice of Appeal of the Order entered in the above action against Plaintiff and states that said Notice of Appeal is an Appeal of both the Order and Opinion entered in the above matter on July 1, 2008, as to both facts and legal analysis set forth in said Order and Opinion.

\s\ JOHN M. STULL
JOHN M. STULL, ESQUIRE (Bar #568)
3 Mill Road, Ste #306A
P. O. Box 1947
Wilmington, DE  19899
(302) 654-0399
jstullesq@aol.com
Attorney for Delsie E. Brookens

DATED:  July 30, 2008

## CERTIFICATE OF SERVICE

I, John M. Stull, counsel for plaintiff herein, do certify that I did on or before July 30, 2008 did submit the within Notice of Appeal via e-mail, and also forwarded a copy of this Notice to counsel for Defendants via U. S. Mail, postage prepaid, with additional copies to the Court, and to Counsel at Eckert Seamans Cherin & Mellot, LLC, 300 Delaware Avenue, Ste 1210, Wilmington, DE 19801, via e-mail to Margaret F. England, mengland@eckertseamons.com.

/s/ JOHN M. STULL
John M. Stull, (Bar #568)
Attorney for Plaintiff
3 Mill Road, Ste #306A
P. O. Box 1947
Wilmington, DE 19899
jstullesq@aol.com

Dated:  July 30, 2008